## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1393

EXELA PHARMA SCIENCES, LLC,

    Plaintiff,

v.

SANDOZ, INC.,

    Defendant.

---

## PLAINTIFF EXELA PHARMA SCIENCES, LLC'S
## NOTICE REGARDING RESTRICTED COMPLAINT

---

Pursuant to D.C.COLO.LCivR 7.2, Plaintiff Exela Pharma Sciences, LLC is seeking leave to file its Complaint as Level 1 Restricted.

Dated:  May 15, 2020

By:  /s/ *Elizabeth M. Flanagan*
Elizabeth M. Flanagan
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
betsy.flanagan@fr.com

**ATTORNEY FOR PLAINTIFF**
**EXELA PHARMA SCIENCES, LLC**