## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01393-MEH

EXELA PHARMA SCIENCES, LLC,

      Plaintiff,

v.

SANDOZ, INC.,

      Defendant.

---

### PLAINTIFF EXELA PHARMA SCIENCES, LLC'S
### NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Exela Pharma Sciences, LLC hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated:  August 7, 2020

By:  /s/ *Elizabeth M. Flanagan*
     Elizabeth M. Flanagan
     FISH & RICHARDSON P.C.
     60 South Sixth Street
     Minneapolis, MN 55402
     Tel: (612) 335-5070
     betsy.flanagan@fr.com

**ATTORNEY FOR PLAINTIFF**
**EXELA PHARMA SCIENCES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

By:  /s/ *Elizabeth M. Flanagan*
Elizabeth M. Flanagan
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
betsy.flanagan@fr.com

**ATTORNEY FOR PLAINTIFF**
**EXELA PHARMA SCIENCES, LLC**